# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MATTHEW W. BARNETT                                                      PETITIONER

VS.                              5:17-cv-00303 BRW

ARKANSAS DEPARTMENT OF CORRECTION, *ET AL.*            RESPONDENTS

## ORDER

I have received findings and a recommendation (Doc. No. 17) from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, I approve and adopt the findings and recommendations in all respects.

Accordingly, Petitioner Matthew W. Barnett's Motion to Dismiss (Doc. No. 16) is GRANTED.

Defendants' Motion to Dismiss (Doc. No. 11) is MOOT.

IT IS SO ORDERED this 12th day of March, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE